BRINTON MICHAEL NEIBAUER, Appellant, *v.* SHER-IFF, CLARK COUNTY, NEVADA, Respondent.

No. 7869

December 30, 1974                     529 P.2d 204

*Jeffrey D. Sobel,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *David Schreiber,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

For the same reasons enunciated in McNair v. Sheriff, 89 Nev. 434, 514 P.2d 1175 (1973), the district court's order denying a pretrial petition for habeas corpus is reversed.